UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C.

---

ERICK MENDEZ, ETAL

                                      Plaintiff(s)

            - against -

NONNA RESTAURANT CORP. D/B/A ROC RESTAURANT, ETAL

                                    Defendant(s)

Index # 07 CIV 8428

Purchased September 28, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 4, 2007 at 01:50 PM at

190-A DUANE STREET
NEW YORK, NY10013

deponent served the within SUMMONS AND COMPLAINT on NONNA RESTAURANT CORP. D/B/A ROC RESTAURANT therein named,

**CORPORATION**   a DOMESTIC corporation by delivering thereat a true copy of each to MARK "SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE | 38 | 5'10 | 180 |

MUSTACHE, GOATEE

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  October 5, 2007

        JOEL GRABER                 JONATHAN GRABER
        Notary Public, State of New York   Notary Public, State of New York
        No. 02GR4699723              No. 01GR6156780
        Qualified in New York County     Qualified in New York County
        Comm. Expires February 10, 2010 Comm. Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 448838

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728