# 21st ANNUAL CONF

2007 Jury Trial Litigation of Em

Gateway Towers, Suite 450
990 West 190th Street
Torrance, CA 90502

October 16, 2007

**INVOICE**
JTS -- 865

MARC ALAIN STEIER

~~Mark Stier~~

Description: 21ST ANNUAL JURY TRIAL LITIGATION OF EMPLOYMENT CLAIMS CONFERENCE

Conference Location: Las Vegas, Nevada, December 6-7, 2007

Attendee: ~~Mark Stier~~ Marc Alain Steier

Conference Fee: $999.00

Please make check payable to:   The Help Center, LLC
Gateway Towers
990 W. 190th St., Ste. 450
Torrance, CA 90502-1046

State(s) of Admission/Bar Number(s): New York, New Jersey, United States Supreme Court
*Please update if necessary.* Eastern & Southern District of New York State

*The Wynn Las Vegas* is holding a limited number of rooms at a reduced conference rate and may be contacted at (866) 770-7555. Please reference the *Jury Trial* group rate.

Should you have questions regarding this conference, please contact The Help Center with the information listed below.

*Reminder:* Cancellation Policy — A $100 Processing fee applies to all conference cancellations. Registrants are responsible for the entire conference fee for any cancellation made after 5:00 p.m. three (3) weeks prior to the event (whether or not you attend *the conference* or fail to cancel). A previous attendee may attend in place of the original registrant.

*Thank you for your registration and we look forward to seeing you at the
21st Annual Jury Trial Litigation of Employment Claims Conference "How To Do It Right!"*

---

**Check (top of page):**

MARC A. STEIER
550 1/2 JERSEY AVE.
JERSEY CITY, NJ 07302-2706
55-33/212
9455605103
1197

DATE 10/15/07

PAY TO THE ORDER OF: The Help Center, LLC   $999.00
Nine Hundred and Ninety Nine DOLLARS

Bank of America
Jersey City, New Jersey
90078

MEMO: Las Vegas Conference

⑆021200339⑆ 94556 05103⑈ 1197