KANTOR DAVIDOFF WOLFE
MANDELKER & KASS, P.C.
By: Matthew C. Kesten [MK 6099]
By: Daniel S. Kokhba [DK-5501]
51 East 42nd Street, 17th
New York, NY 10017
212-682-8383
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ERICK MENDEZ, CARLOS LEON, JESUS GARCIA,        Docket No. 07 Civ 8428 (HB)
ALEJANDRO RAMOS, AND ANGEL RODRIGUEZ,
individually and on behalf of others similarly situated,

                                    Plaintiffs,

              - against -                                          CORPORATE DISCLOSURE
                                                                   STATEMENT
NONNA RESTAURANT CORP. d/b/a ROC                    (FRCP 7.1)
RESTAURANT, ROCCO CADOLINI, and
ELIO GUAITOLINI,

                                    Defendants.
-----------------------------------------------------------------------X

      Defendant NONNA RESTAURANT CORP d/b/a ROC RESTAURANT ("Nonna") certifies that it is a non-governmental corporation organized and existing under the laws of the State of New York, with its principal place of business in New York, New York, and submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1.1, for the use of the judges of this Court:

      Nonna is not a publicly held corporation or other publicly held entity. Nonna does not have any parent corporation. No publicly held corporation owns 10 percent or more of Nonna.

Dated: New York, New York
       November 12, 2007

                                        KANTOR, DAVIDOFF, WOLFE,
                                        MANDELKER & KASS, P.C.

                                        By: _____
                                        Matthew C. Kesten [MK 6099]
                                        Daniel S. Kokhba [DK-5501]
                                        51 East 42nd Street, 17th floor
                                        New York, NY 10017
                                        212-682-8383
                                        *Attorneys for Defendants*

TO:

CLERK OF THE COURT

MICHAEL FAILLACE & ASSOCIATES, P.C.
110 East 59th Street, 32nd Floor
New York, NY 10022
(212) 317-1200
*Attorneys for Plaintiffs*

2

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

JOAN ABBATEMARCO, being duly sworn, deposes and says:

1. I am not a party to this action, am over 21 years of age and reside in Richmond County, New York.

2. On the 12th day of November, 2007, I served the within **CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** by mailing a true copy, by first-class mail, to each of the following persons at the last known address set forth after each name:

MICHAEL FAILLACE & ASSOCIATES, P.C.
Attorneys for Plaintiffs
110 East 59th Street, 32nd floor
New York, New York 10022

_____
JOAN M. ABBATEMARCO

Sworn to before me this
12th day of November, 2007

_____
Notary Public

MATTHEW C. KESTEN
Notary Public, State of New York
No. 02KE4841667
Qualified in Westchester County
Commission Expires June 30, 2011